**Order entered July 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00402-CV

---

## CELANESE CORPORATION AND GRUPO CELANESE, S. DE RL DE CV, Appellants

### V.

## JAVIER SALCEDO SAHAGUN AND
## RAMOS & HERMOSILLO ABOGADOS, S.C., Appellees

---

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09284**

---

## ORDER

Before the Court is the July 26, 2019 unopposed motion of appellees to dismiss their cross-appeal complaining of the trial court's order denying their motion to dismiss pursuant to section 27.003 of the civil practice and remedies code (TCPA order). *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003. We **GRANT** the motion and **DISMISS** appellees' cross-appeal of the TCPA order.

Appellees' brief on the merits is due August 13, 2019.

/s/     KEN MOLBERG
        JUSTICE